PARRILLO, T.

v.

UCBR

268 CD 2016

Commonwealth Court of Pennsylvania.

09/12/2017

Unemployment Compensation Board of Review, B–585146

Affirmed

SCHNELLER J.

v.

PROTHY OF MONTGOMERY CO., et al.

1316 CD 2016

Commonwealth Court of Pennsylvania.

09/12/2017

Montgomery County Civil Division, 2015–31576

Affirmed

PHILADELPHIA DA'S OFFICE

v.

STOVER, G.

1952 CD 2016

Commonwealth Court of Pennsylvania.

09/12/2017

Philadelphia County Civil Division, November Term, 2015 No. 00583

Reversed

TAYLOR, R.

v.

PENNDOT

88 CD 2017

Commonwealth Court of Pennsylvania.

09/12/2017

York County Civil Division, 2016–SU–01809–27

Affirmed